UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARQUES DELONEY, on behalf of himself and all others similarly situated, | ) ) | CASE NO. 2:21-cv-00892 |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS |
| | ) | |
| vs. | ) ) | MAGISTRATE JUDGE CHELSEY M. VASCURA |
| | ) | |
| SK FOOD GROUP, INC. | ) | **JOINT NOTICE OF SETTLEMENT** |
| | ) | |
| Defendant. | ) | |

Plaintiff Marques Deloney, on behalf of himself and all other similarly situated, and Defendant SK Food Group, Inc. (collectively, the "Parties"), hereby notify this Honorable Court that they have reached a settlement of the claims alleged in the above-captioned matter.

The Parties anticipate filing the Joint Motion for Approval and supporting documents within forty-five (45) days.

Respectfully submitted,

_/s/ Lori M. Griffin_
Lori M. Griffin (0085241)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building, Ste. 250
34555 Chagrin Blvd.
Moreland Hills, OH 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com

Attorneys for Plaintiff

_/s/ Shawn J. Organ_
Shawn J. Organ (0042052)
Organ Law LLP
1330 Dublin Road
Columbus, OH 43215
Phone: 614-481-0900
Facsimile: 614-481-0904
sjorgan@organlegal.com

AND

_/s/ William C. Martucci_
William C. Martucci, DC #993778
_Admitted Pro Hac Vice_

1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 639-5640
Facsimile: (202) 783-4211
Email: wmartucci@shb.com

Ashley N. Harrison, MO #66202
*Admitted Pro Hac Vice*
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 559-4095
Facsimile: (816) 421-5547
Email: aharrison@shb.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, a copy of the foregoing was filed electronically. Notice will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

 /s/ Lori M. Griffin
One of the Attorneys for Plaintiff